BRUCE A. KILDAY, ESQ., SBN. 66415          (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100            **OK/HAV**
Telecopier:  (916) 564-6263

Attorneys for Defendants
CITY OF DIXON, MAYOR MARY ANN COURVILLE,
VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO,
COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER
WARREN SALMONS, DIXON POLICE DEPARTMENT,
POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH

WILLIAM C. COLLIER, SBN 163005
McDonald Collier
3882 Pinecrest Drive
Mariposa, CA 95338
Telephone: (209) 742-6622
Telecopier: (209) 742-6655

Attorneys for Plaintiff
MICHAEL CEREMELLO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEREMELLO, ) | Case No.: CIV S-04-1423 DFL PAN |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND PROPOSED** |
| vs. ) | **ORDER REGARDING SCHEDULING** |
| ) | |
| CITY OF DIXON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

All parties, through their respective counsel, submit that there is good cause to reschedule the trial and relevant dates in this matter.  WHEREAS:

A. This case involves activities over a period of time and therefore the discovery of multiple documents, activities and public meetings;

-1-
STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

PDF created with pdfFactory trial version www.pdffactory.com

1  B. The depositions of a dozen or more witnesses are anticipated;

2  C. Scheduling conflicts of various public officers and the plaintiff make discovery
3  unusually time consuming;

4  D. Discovery which calls for the disclosure of privileged material is anticipated to lead to
5  disputes which may ultimately be resolved by the magistrate, and therefore take more time than
6  had initially been anticipated.

7  Therefore, the parties through their respective counsel, stipulate to the revised schedule
8  for this litigation and request that the Court approve it.

|  | PROPOSED DATE | CURRENT DATE |
|---|---|---|
| Trial | October 23, 2006 | [June 26, 2006] |
| Pretrial Conference | September 1, 2006 @ 3:00 p.m. | [May 26, 2006] |
| Dispositive Motion Hearing | July 19, 2006 @ 10:00 a.m. | [April 12, 2006 @ 10:00 a.m.] |
| Dispositive Motion Filing | June 21, 2006 | [March 15, 2006] |
| Discovery Cut-Off | May 5, 2006 | [January 31, 2006] |
| Expert Disclosure | February 1, 2006 | [November 1, 2005] |
| Supplemental Expert Disclosure | February 15, 2006 | [November 15, 2005] |

-2-
STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  December 15, 2005 | ANGELO, KILDAY & KILDUFF |
| 2 | | |
| 3 | | By: /s/ *Bruce A. Kilday* |
| 4 | |    BRUCE A. KILDAY |
| 5 | |    Attorneys for Defendants |
| | |    CITY OF DIXON, MAYOR MARY ANN COURVILLE, VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO, COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER WARREN SALMONS, DIXON POLICE DEPARTMENT, POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH |

Dated: _____, 2005

By:_____
   WILLIAM C. COLLIER
   Attorneys for Plaintiff
   MICHAEL CEREMELLO

-3-
STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court is satisfied that good cause exists and hereby adopts the proposed schedule.

Dated: 12/14, 2005                              /s/ David F. Levi
                                                          DAVID F. LEVI
                                                          Judge of the U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com