1  BRUCE A. KILDAY, ESQ., SBN. 66415          (SPACE BELOW FOR FILING STAMP ONLY)
   **ANGELO, KILDAY & KILDUFF**
2
   Attorneys at Law
3  601 University Avenue, Suite 150
   Sacramento, CA  95825
4  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
5
6  Attorneys for Defendants
   CITY OF DIXON, MAYOR MARY ANN COURVILLE,
7  VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO,
   COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER
8  WARREN SALMONS, DIXON POLICE DEPARTMENT,
   POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH
9
10 WILLIAM C. COLLIER, SBN 163005
   McDonald Collier
11 3882 Pinecrest Drive
   Mariposa, CA 95338
12 Telephone: (209) 742-6622                **OK/HAV**
   Telecopier: (209) 742-6655
13
14 Attorneys for Plaintiff
   MICHAEL CEREMELLO
15

16                **UNITED STATES DISTRICT COURT**

17              **EASTERN DISTRICT OF CALIFORNIA**

18
   MICHAEL CEREMELLO,            )  Case No.: CIV S-04-1423 DFL PAN
19                               )
                 Plaintiff,      )
20                               )  **STIPULATION AND PROPOSED**
21        vs.                    )  **ORDER REGARDING SCHEDULING**
                                 )
22 CITY OF DIXON, et al.,        )
                                 )
23               Defendants.     )
24 _____   )

25
26        All parties, through their respective counsel, submit that there is good cause to reschedule
27 the trial and relevant dates in this matter.  WHEREAS:
28        A. This case involves activities over a period of time and therefore the discovery of
   multiple documents, activities and public meetings;

-1-

B. The depositions of a dozen or more witnesses are anticipated;

C. Scheduling conflicts of various public officers and the plaintiff make discovery unusually time consuming;

D. Discovery which calls for the disclosure of privileged material is anticipated to lead to disputes which may ultimately be resolved by the magistrate, and therefore take more time than had initially been anticipated.

E. Recent discovery findings of new information that both parties need more time to review before conducting depositions.

Therefore, the parties through their respective counsel, stipulate to the revised schedule for this litigation and request that the Court approve it.

| | PROPOSED DATE | CURRENT DATE |
|---|---|---|
| Trial | [February 5, 2007] | [October 23, 2006] |
| Pretrial Conference | [December 15, 2006 @ 3:00 p.m.] | [September 1, 2006] |
| Joint Pre-Trial Statement | [December 8, 2006] | |
| Dispositive Motion Hearing | [November 1, 2006 @ 10:00 a.m.] | [July 19, 2006 @ 10:00 a.m.] |
| Dispositive Motion Filing | September 27, 2006] | June 21, 2006 |
| Discovery Cut-Off | [August 257, 2006] | May 5, 2006 |
| Expert Disclosure | June 16, 2006 | February 1, 2006 |
| Supplemental Expert Disclosure | June 30, 2006 | February 15, 2006 |

STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

1

2

3

4

5    Dated:  May 3, 2006                    ANGELO, KILDAY & KILDUFF

6

7                                          By:  /s/ Bruce A. Kilday
                                               BRUCE A. KILDAY
8                                              Attorneys for Defendants
                                               CITY OF DIXON, MAYOR MARY
9                                              ANN COURVILLE, VICE-MAYOR
                                               GIL VEGA, COUNCILMAN LOREN
10                                             FERRERO, COUNCILWOMAN JILL
                                               DISNEY ORR, CITY MANAGER
11                                             WARREN SALMONS, DIXON
                                               POLICE DEPARTMENT, POLICE
12                                             CHIEF DON MORT AND POLICE
                                               CAPTAIN LOU KALISH
13

14

15

16   Dated: April 28, 2006

17                                         By: /s/ William C. Collier
                                               Attorneys for Plaintiff
18                                             MICHAEL CEREMELLO

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

1

## **ORDER**

2    The Court is satisfied that good cause exists and hereby adopts the proposed schedule.

| | PROPOSED DATE | CURRENT DATE |
|---|---|---|
| Trial | [February 5, 2007] | [October 23, 2006] |
| Pretrial Conference | [December 15, 2006 @ 3:00 p.m.] | [September 1, 2006] |
| Joint Pre-Trial Statement | [December 8, 2006] | |
| Dispositive Motion Hearing | [November 1, 2006 @ 10:00 a.m.] | [July 19, 2006 @ 10:00 a.m.] |
| Dispositive Motion Filing | [September 27, 2006] | June 21, 2006 |
| Discovery Cut-Off | [August 25, 2006] | May 5, 2006 |
| Expert Disclosure | June 16, 2006 | February 1, 2006 |
| Supplemental Expert Disclosure | June 30, 2006 | February 15, 2006 |

Dated: May 3, 2006                          /s/ David F. Levi

                                                    DAVID F. LEVI
                                        Judge of the U.S. District Court

STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING