IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CEREMELLO,

    Plaintiff,

vs.

CITY OF DIXON, et al.,

    Defendants.

No. CIV S-04-1423 DFL PAN

ORDER

/

       Plaintiff's motion to compel Roberta Lee to produce documents requested by subpoena duces tecum came on regularly for hearing June 1, 2006.  William C. Collier appeared for plaintiff.  Mark Emmett appeared for defendants.  Roberta Lee appeared in propria person.  Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and Ms. Lee, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

       This motion will be continued to allow Ms. Lee time to obtain legal representation.  Roberta Lee is directed to decide the issue of legal representation by that time and will be directed to appear at the hearing either in person or by counsel.  Ms. Lee's motion for appointment of counsel at this time is denied as premature.  Ms. Lee shall bring the documents responsive to the subpoena duces tecum with her to the June 13 hearing.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 8, 2006 motion to compel is continued to June 13, 2006, at 1:30 p.m. in Courtroom #25.

2. Roberta Lee is directed to appear at that hearing either in person or by counsel.

3. Roberta Lee shall bring the responsive documents to the hearing.

DATED:  June 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; ceremello.oah