IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CEREMELLO,

     Plaintiff,                  No. CIV S-04-1423 DFL PAN

  vs.

CITY OF DIXON, et al.,

     Defendants.            ORDER

        Plaintiff's motion to compel Roberta Lee to produce documents requested by subpoena duces tecum came on regularly for hearing June 13, 2006. William C. Collier appeared for plaintiff. Bruce A. Kilday appeared for defendant City of Dixon, et al. Ned Smock, Assistant Federal Defender, appeared for subpoenant Roberta Lee. Upon review of the motion and the documents in support and opposition, upon hearing from counsel, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Counsel for Ms. Lee will be directed to Bates stamp the documents and provide copies of the documents to Mr. Collier and Mr. Kilday. The court will issue no further orders at this time concerning the subject matter of this hearing, but this ruling will be without prejudice to the filing of a motion at a future date upon a greater showing.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 8, 2006 motion to compel is granted in part.

1

2. Within ten days from the date of this order, Mr. Smock will Bates stamp the documents and provide copies to Mr. Collier and Mr. Kilday.

3. In all other respects, plaintiff's motion is denied without prejudice.

DATED: June 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; ceremello.oah2