1 | BRUCE A. KILDAY, ESQ., SBN. 66415    (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
2 | Attorneys at Law
3 | 601 University Avenue, Suite 150
Sacramento, CA  95825
4 | Telephone:  (916) 564-6100    **OK/HAV**
Telecopier:  (916) 564-6263
5 |
6 | Attorneys for Defendants
CITY OF DIXON, MAYOR MARY ANN COURVILLE,
7 | VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO,
COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER
8 | WARREN SALMONS, DIXON POLICE DEPARTMENT,
POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH
9 |
10 | WILLIAM C. COLLIER, SBN 163005
McDonald Collier
11 | 3882 Pinecrest Drive
Mariposa, CA 95338
12 | Telephone: (209) 742-6622
13 | Telecopier: (209) 742-6655

14 | Attorneys for Plaintiff
MICHAEL CEREMELLO
15 |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CEREMELLO, | Case No.: CIV S-04-1423 DFL PAN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING SCHEDULING** |
| CITY OF DIXON, et al., | |
| Defendants. | |

All parties, through their respective counsel, submit that there is good cause to reschedule the trial and relevant dates in this matter.  WHEREAS:

A. A key witness in this case, Roberta Lee, has advised counsel that she has contracted a

-1-
STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

communicable respiratory disease and is unavailable for an indefinite period of time. In addition, the Plaintiff's discovery plan calls for her deposition prior to the Defendants in the case because she has claimed to have information that the Plaintiff believes is relevant to his claims and may be necessary for the deposition of the defendants. Therefore, it is necessary to seek more time for discovery until she is available or until it is determined that she is not communicable.

    B. This case involves activities over a period of time and therefore the discovery of multiple documents, activities and public meetings and involves the review of at least 55-60 video tapes of City Council meetings;

    C. The depositions of a dozen or more witnesses are anticipated;

    D. Scheduling conflicts of various public officers and the plaintiff make discovery unusually time consuming;

    E. Discovery which calls for the disclosure of privileged material is anticipated to lead to disputes which may ultimately be resolved by the magistrate, and therefore take more time than had initially been anticipated.

    Therefore, the parties through their respective counsel, stipulate to the revised schedule for this litigation and request that the Court approve it.

|  | PROPOSED DATE | CURRENT DATE |
|---|---|---|
| Trial | [June 11, 2007] | [February 5, 2007 @ 9:00 AM] |
| Pretrial Conference | [May 4, 2007 @ 3:00 p.m.] | [December 15, 2006] |
| Joint Pre-Trial Statement | [April 27, 2007] |  |
| Dispositive Motion Hearing | [March 28, 2007 @ 10:00 a.m.] | [November 1, 2006 @ 10:00 a.m.] |
| Dispositive Motion Filing | [February 28, 2007] | [September 27, 2006] |
| Discovery Cut-Off | [November 30, 2006] | [August 25, 2006] |

| | | |
|---|---|---|
| Expert Disclosure | September 8, 2006 | June 16, 2006 |
| Supplemental Expert Disclosure | September 15, 2006 | June 30, 2006 |

Dated: July 31, 2006

ANGELO, KILDAY & KILDUFF

By: /s/ *Bruce A. Kilday*
BRUCE A. KILDAY
Attorneys for Defendants
CITY OF DIXON, MAYOR MARY ANN COURVILLE, VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO, COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER WARREN SALMONS, DIXON POLICE DEPARTMENT, POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH

Dated: July 27, 2006

By: /s/ *William C. Collier*
Attorneys for Plaintiff
MICHAEL CEREMELLO

-3-
STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

**ORDER**

The Court is satisfied that good cause exists and hereby adopts the proposed schedule.

|  | PROPOSED DATE | CURRENT DATE |
|---|---|---|
| Trial | [June 11, 2007] | [February 5, 2007 @ 9:00 AM] |
| Pretrial Conference | [May 4, 2007 @ 3:00 p.m.] | [December 15, 2006] |
| Joint Pre-Trial Statement | [April 27, 2007] |  |
| Dispositive Motion Hearing | [March 28, 2007 @ 10:00 a.m.] | [November 1, 2006 @ 10:00 a.m.] |
| Dispositive Motion Filing | [February 28, 2007] | [September 27, 2006] |
| Discovery Cut-Off | [November 30, 2006] | [August 25, 2006] |
| Expert Disclosure | September 8, 2006 | June 16, 2006 |
| Supplemental Expert Disclosure | September 15, 2006 | June 30, 2006 |

Dated: 7/31/ 2006

/s/ David F. Levi
DAVID F. LEVI
Judge of the U.S. District Court

-4-
STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING