BRUCE A. KILDAY, ESQ., SBN. 66415     (SPACE BELOW FOR FILING STAMP ONLY)
SUSAN A. DENARDO, ESQ., SBN. 235166
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
CITY OF DIXON, MAYOR MARY ANN COURVILLE,
VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO,
COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER
WARREN SALMONS, DIXON POLICE DEPARTMENT,
POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CEREMELLO, | Case No.: CIV S-04-1423 DFL EFB |
| Plaintiff, | **PROTECTIVE ORDER** |
| vs. | |
| CITY OF DIXON, et al., | |
| Defendants. | |

The parties, through their respective counsel, hereby agree to the following protective order:

1. Whereas the City of Dixon has agreed to produce a copy of written reports and tapes (if available) of an internal investigation conducted by Sgt. Lance Thelen of a citizen's complaint, and these reports are numbered P.83 to P.283;

2. Whereas the confidential investigation by Sgt. Thelen was prepared at the request of, and submitted to, City Manager Warren Salmons on June 6, 2003;

3. Whereas the investigation into a citizen's complaint is confidential pursuant to California Penal Code § 832.7,

////

The parties hereby agree:

1. Plaintiff Michael Ceremello and his attorney will not duplicate the investigation or any portion thereof, with the sole exception of copies for use in an official submission to the court;

2. The documents will not be disclosed to any person, other than plaintiff Michael Ceremello and his attorney. The parties specifically agree that the documents, and their contents, will not be disclosed in any manner to any other persons, including John Grahl, Byron Chapman, and Roberta Lee.

3. Plaintiff Michael Ceremello and his attorney will use the documents exclusively in connection with the litigation of <u>Ceremello v. City of Dixon, et al.</u>, Civ. S 04-1423 DFL EJB.

4. Plaintiff Michael Ceremello and his attorney agree to return all documents and tape recordings to counsel for the City of Dixon at the conclusion of said litigation.

Dated: _____

*/s/ William C. Collier*
By:_____
    WILLIAM C. COLLIER
    Attorneys for Plaintiff
    MICHAEL CEREMELLO

Dated: October 11, 2006

ANGELO, KILDAY & KILDUFF

*/s/ Bruce A. Kilday*
By:_____
    BRUCE A. KILDAY
    Attorneys for Defendants
    CITY OF DIXON, MAYOR MARY ANN COURVILLE, VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO, COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER WARREN SALMONS, DIXON POLICE DEPARTMENT, POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH

1  **ORDER**

2  The above stipulation is approved and so ordered. However, paragraph 2 regarding
3  disclosure is subject to subsequent orders the court might enter should any documents, tapes or
4  other information from the investigation files be offered into evidence in this case. A party
5  offering such evidence shall provide 10 days advance notice to the opposing party to enable that
6  party the opportunity to seek a further protective order.

7  Dated: October 18, 2006

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE