UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

CEREMELLO,

          Plaintiff,

v.

CITY OF DIXON, et al.,

          Defendant.

**ORDER**

Civ.S-04-1423-DFL EFB

     Non-party Roberta Lee has filed a letter requesting that the hearing scheduled for November 15, 2006, be vacated and re-calendared. Ms. Lee, a non-party to this litigation, has no standing to request that the hearing be moved and her request is therefore DENIED. The hearing will occur as scheduled. The court has not ordered Ms. Lee to attend that hearing. Rather, the court will hear the parties concerning their respective briefs on the appropriateness of an order to show cause in re: contempt directed at Ms. Lee. Should the court decide to issue such an order, the court will schedule a hearing which Ms. Lee will be required to attend. The Clerk is ordered to serve a copy of this order on Ms. Lee at the following address: 4831 Cowell Blvd., Apt. D, Davis CA 95818.

DATED: November 8, 2006

                                                /s/ Edmund F. Brennan
                                                Edmund F. Brennan
                                                United States Magistrate Judge