BRUCE A. KILDAY, ESQ., SBN. 66415        (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
CITY OF DIXON, MAYOR MARY ANN COURVILLE,
VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO,
COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER
WARREN SALMONS, DIXON POLICE DEPARTMENT,
POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH

WILLIAM C. COLLIER, SBN 163005
McDonald Collier
3882 Pinecrest Drive
Mariposa, CA 95338
Telephone: (209) 742-6622
Telecopier: (209) 742-6655                **OK/HAV**

Attorneys for Plaintiff
MICHAEL CEREMELLO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEREMELLO,<br><br>                    Plaintiff,<br><br>           vs.<br><br>CITY OF DIXON, et al.,<br><br>                    Defendants. | Case No.: CIV S-04-1423 DFL PAN<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING** |

All parties, through their respective counsel, submit that there is good cause to reschedule the trial and relevant dates in this matter.  WHEREAS:

A. A key witness in this case, Roberta Lee, was finally deposed on November 21, 2006.

1  The Plaintiff's discovery plan calls for her deposition prior to the Defendants in the case because
2  she has claimed to have information that the Plaintiff believed is relevant to his claims and may
3  be necessary for the deposition of the defendants.  Therefore, it was necessary to delay other
4  depositions much longer than the parties had originally anticipated.

5       B. This case involves activities over a period of time and therefore the discovery of
6  multiple documents, activities and public meetings and involves the review of at least 55-60
7  video tapes of City Council meetings;  It took much longer than anticipated to complete the
8  production of the video and audio tapes.

9       C. The depositions of a dozen or more witnesses are anticipated;

10       D. Scheduling conflicts of various public officers and the plaintiff make discovery
11  unusually time consuming;

12       E. Recent discovery findings of new information that both parties need more time to
13  review before conducting depositions.

14       F. Therefore, the parties through their respective counsel, stipulate to the revised schedule
15  for this litigation and request that the Court approve it.

|  | PROPOSED DATE | CURRENT DATE |
|---|---|---|
| Trial | [September 24, 2007 @ 8:30 a.m.] | [June 11, 2007 @ 9:00 AM] |
| Pretrial Conference | [August 1, 2007 @ 4:00 p.m.] | [May 4, 2007] |
| Joint Pre-Trial Statement | [July 25, 2007] | April 27, 2007 |
| Dispositive Motion Hearing | [June 20, 2007 @ 10:00 a.m.] | [March 28, 2007 @ 10:00 a.m.] |
| Dispositive Motion Filing | [May 23, 2007] | [February 28, 2007] |
| Discovery Cut-Off | [March 30, 2007] | [November 30, 2006] |
| Expert Disclosure | December 8, 2006 | September 8, 2006 |
| Supplemental Expert Disclosure | December 15, 2006 | September 15, 2006 |

1

2  Dated:  December 1, 2006                    ANGELO, KILDAY & KILDUFF

3

4                                              By: /s/ *Bruce A. Kilday*
                                                  BRUCE A. KILDAY
5                                                 Attorneys for Defendants
                                                  CITY OF DIXON, MAYOR MARY
6                                                 ANN COURVILLE, VICE-MAYOR
                                                  GIL VEGA, COUNCILMAN LOREN
7                                                 FERRERO, COUNCILWOMAN JILL
                                                  DISNEY ORR, CITY MANAGER
8                                                 WARREN SALMONS, DIXON
                                                  POLICE DEPARTMENT, POLICE
9                                                 CHIEF DON MORT AND POLICE
                                                  CAPTAIN LOU KALISH
10

11

12
   Dated: November 29, 2006
13
                                                By: /s/ *William C. Collier*
14                                                  Attorneys for Plaintiff
                                                    MICHAEL CEREMELLO
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

**ORDER**

The Court is satisfied that good cause exists and hereby adopts the proposed schedule.

|  | PROPOSED DATE | CURRENT DATE |
|---|---|---|
| Trial | [September 24, 2007] | [June 11, 2007 @ 9:00 AM] |
| Pretrial Conference | [August 1, 2007 @ 3:00 p.m.] | [May 4, 2007] |
| Joint Pre-Trial Statement | [July 25, 2007] | April 27, 2007 |
| Dispositive Motion Hearing | [June 20, 2007 @ 10:00 a.m.] | [March 28, 2007 @ 10:00 a.m.] |
| Dispositive Motion Filing | [May 23, 2007] | [February 28, 2007] |
| Discovery Cut-Off | [March 30, 2007 | [November 30, 2006] |
| Expert Disclosure | December 8, 2006 | September 8, 2006 |
| Supplemental Expert Disclosure | December 15, 2006 | September 15, 2006 |

Dated:  December 1, 2006            /s/ David F. Levi
                                     DAVID F. LEVI
                                     Judge of the U.S. District Court