1  BRUCE A. KILDAY, ESQ., SBN. 66415
     Email:  bkilday@akk-law.com
2  SUSAN A. DENARDO, ESQ., SBN. 235166
     Email:  sdenardo@akk-law.com
3  **ANGELO, KILDAY & KILDUFF**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
   Attorneys for Defendants
8  CITY OF DIXON, MAYOR MARY ANN COURVILLE,
   VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO,
9  COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER
10 WARREN SALMONS, DIXON POLICE DEPARTMENT,
   POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH
11
12
13              **UNITED STATES DISTRICT COURT**
14             **EASTERN DISTRICT OF CALIFORNIA**
15
MICHAEL CEREMELLO,                 ) Case No.: CIV S-04-01423 RRB-EFB
16                                 )
                     Plaintiff,    ) **STIPULATION AND ORDER**
17                                 ) **REGARDING SCHEDULING**
18            vs.                  )
                                   )
19 CITY OF DIXON, et al.,          )
                                   )
20                   Defendants.   )
21 _____ )
22

23        All parties submit that there is good cause to continue the deadline by which they must

24 file dispositive motions, if any, because of a delay in the discovery process. The parties,

25 therefore, stipulate to a continue the deadline for filing and serving dispositive motions and the

26 date dispositive motions will be heard by one week, and request the Court's approval.

27        The parties stipulate that all dispositive motions shall be filed and served on or before

28 January 16, 2008 and heard February 20, 2008 at 10 a.m.

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff does agree to accept service of any dispositive motions by email as proper

2  service, with service of hardcopy to follow by overnight mail.

3

4    Dated: January 8, 2008                    ANGELO, KILDAY & KILDUFF

5                                              */s/ Susan A. DeNardo*

6                                        By: _____
                                              BRUCE A. KILDAY

7                                             SUSAN A. DeNARDO
                                              Attorneys for Defendants

8                                             CITY OF DIXON, MAYOR MARY
                                              ANN COURVILLE, VICE-MAYOR

9                                             GIL VEGA, COUNCILMAN LOREN

10                                            FERRERO, COUNCILWOMAN JILL
                                              DISNEY ORR, CITY MANAGER

11                                            WARREN SALMONS, DIXON

12                                            POLICE DEPARTMENT, POLICE
                                              CHIEF DON MORT AND POLICE

13                                            CAPTAIN LOU KALISH

14

15   Dated: January 8, 2008

16                                            *Consent given by telephone.*

                                        By: _____
17                                            MICHAEL CEREMELLO

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

PDF created with pdfFactory trial version www.pdffactory.com

1

## <u>ORDER</u>

2

The Court is satisfied that good cause exists and hereby orders that dispositive motions, if

3

any, shall be filed and served on or before January 16, 2008, and heard February 20, 2008 at 10

4

a.m.

5

Dated: January 8, 2008                                    /s/ Ralph R. Beistline

6

RALPH R. BEISTLINE
Judge of the U.S. District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING

PDF created with pdfFactory trial version www.pdffactory.com