MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH LLP
Two Shaw Alley, Third Floor
San Francisco, CA  94105
Telephone: (415) 512-2000
Facsimile:  (415) 512-2001

Attorneys for Plaintiff
MICHAEL CEREMELLO

BRUCE A. KILDAY (SBN 66415)
SUSAN A. DENARDO (SBN 235166)
ANGELO, KILDAY & KILDUFF
Attorneys at law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Facsimile: (916) 564-6263

Attorneys for Defendants
CITY OF DIXON, MAYOR MARY ANN COURVILLE,
VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO,
COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER
WARREN SALMONS, DIXON POLICE DEPARTMENT,
POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEREMELLO,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF DIXON, et al.,<br><br>              Defendants. | Case No. CIV S-04-01423 RRB EFB<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING** |

Plaintiff, by and through his counsel of record, G. Whitney Leigh of Gonzalez & Leigh LLP, and defendants by and through their counsel of record, Bruce Kilday of Angelo, Kilday & Kilduff, stipulate and request that the deadline for the filing and service of dispositive motions be tolled pending the submission by the parties of a statement reflecting the parties joint and/or respective proposals regarding further scheduling of these proceedings.  The parties further request that the Court set a February 1, 2008 deadline for filing the above-mentioned scheduling

1

PDF created with pdfFactory trial version www.pdffactory.com

statement, and that following that deadline the Court schedule a teleconference to address further scheduling of these proceedings.

Good cause exists for the parties' stipulation where the order granting the substitution of plaintiff's new counsel has only issued today, January 16, 2008, the current deadline for the filing and service of dispositive motions. In light of the very recent substitution of plaintiff's counsel, both parties' agree that an extension for the filing of dispositive motions is appropriate in this case.

Additionally, both parties' agree that either separate or joint case management statements, as well as the opportunity to meet and confer would be beneficial to facilitating the scheduling and management of this litigation going forward.

Accordingly both parties are ordered to file case management statements, either jointly or separately, on or before February 1, 2008, as well as ordered to meet and confer with respect to an appropriate litigation schedule. Additionally, the deadline for the filing and service of dispositive motions is hereby tolled until further order by the Court.

DATED: January 16, 2008         GONZALEZ & LEIGH, LLP

                                By   /s/ G. Whitney Leigh
                                    G. WHITNEY LEIGH
                                    Attorneys for Plaintiff
                                    MICHAEL CEREMELLO

DATED:  January 16, 2008        ANGELO, KILDAY & KILDUFF

                                By:   /s/ Bruce A. Kilday
                                     BRUCE A. KILDAY
                                     Attorneys for Defendants

**IT IS SO ORDERED.**

DATED:  January 18, 2008        /s/ Ralph R. Beistline
                                HONORABLE RALPH R. BEISTLINE
                                United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com