MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
BRIAN BRAZIER (SBN 245004)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, 3rd Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiffs
MICHAEL CEREMELLO

BRUCE A. KILDAY (SBN 66415)
SUSAN A. DENARDO (SBN 235166)
ANGELO, KILDAY & KILDUFF
Attorneys at law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Facsimile: (916) 564-6263

Attorneys for Defendants
CITY OF DIXON, MAYOR MARY ANN COURVILLE,
VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO,
COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER
WARREN SALMONS, DIXON POLICE DEPARTMENT,
POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEREMELLO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF DIXON, et al.,<br><br>　　　　　　　　　Defendants. | Case No. CIV S-04-01423 RRB-EFB<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY**<br><br>**Judge Ralph R. Beistline** |

　　　　WHEREAS the court recently extended the discovery cutoff and the date for filing dispositive motions in this case;

　　　　WHEREAS plaintiff seeks to issue interrogatories, of which there are more than 25, which is the limit allowed under the Federal Rules of Civil Procedure, Rule 33;

WHEREAS additional interrogatories directed to defendants' affirmative defense are necessary to allow plaintiff to fully prepare his case;

The parties hereto, by and through their respective counsel of record, hereby stipulate that the plaintiff be permitted to file 40 special interrogatories, provided that the interrogatories are not duplicative of those already promulgated by plaintiff. The parties also stipulate that any discovery previously produced by defendants need not be produced in response to plaintiff's additional discovery requests.

The parties respectfully request that the court approve this stipulation to allow plaintiff to file forty special interrogatories.

Dated: _____                GONZALEZ & LEIGH, LLP


                                        By: _____
                                            Brian Brazier
                                            Attorneys for Plaintiff


Dated: _____                ANGELO, KILDAY & KILDUFF


                                        By: _____
                                            Susan Denardo
                                            Attorneys for Defendants

### ORDER

**IT IS SO ORDERED**.

Dated:  _02/25/2008_____

                                        /s/ Ralph R. Beistline_____

                                        The Honorable RALPH R. BEISTLINE

                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com