BRUCE A. KILDAY, ESQ., SBN. 66415
  Email: bkilday@akk-law.com
SUSAN A. DENARDO, ESQ., SBN. 235166
  Email: sdenardo@akk-law.com
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants
CITY OF DIXON, MAYOR MARY ANN COURVILLE,
VICE-MAYOR GIL VEGA, COUNCILMAN LOREN FERRERO,
COUNCILWOMAN JILL DISNEY ORR, CITY MANAGER
WARREN SALMONS, DIXON POLICE DEPARTMENT,
POLICE CHIEF DON MORT AND POLICE CAPTAIN LOU KALISH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL CEREMELLO, | ) | Case No.: CIV S-04-01423 JAM-EFB |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| CITY OF DIXON, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

The parties, through their respective counsel, hereby stipulate that this matter may be dismissed in its entirety and with prejudice, all parties to bear their own costs and attorney's fees.

Dated: May 28, 2008                                      ANGELO, KILDAY & KILDUFF

                                                                          */s/ Bruce A. Kilday*
                                                              By:_____
                                                                          BRUCE A. KILDAY
                                                                          Attorneys for Defendants

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: 5/27/08 | GONZALEZ & LEIGH |
| | */s/ Matt Gonzalez* |
| | By:_____ |
| | MATT GONZALEZ |
| | Attorneys for Plaintiff |
| | |
| Dated: May 20, 2008 | */s/ Michael Ceremello* |
| | MICHAEL CEREMELLO |

I:\BAK\Ceremello\PLEADINGS\STIP FOR DISMISSAL.doc

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2

  IT IS SO ORDERED.

3

Dated:  05/29/2008

4

                 /s/ John A. Mendez

5

                HON.  JOHN A. MENDEZ
                Judge of the U.S. District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
STIPULATION FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com